IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL WELLS and | ) | |
| TERRI WELLS, his wife, | ) | |
| | ) | CASE NO. 3:07-1042 |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSPORTATION INTERNATIONAL | ) | |
| POOL, INC., AS LOGISTICS, INC., | ) | |
| EXTRA LEASE, and D.C. | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Amstan Trucking, Inc.'s motion for summary judgment (Docket Entry No. 62) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 30th day of March, 2011.

William J. Haynes, Jr.
United States District Judge